15

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 16 CR 389-1 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge:   Sidney I. Schenkier |
| | ) | |
| Jose Ramon | ) | |
| | ) | |

## ORDER

Initial appearance proceedings held. Removal proceedings held.   Defendant Jose Ramon appears in response to arrest on 6/16/16.   Defendant advised of charges and penalties available under the law and informed of his rights.   The Court enters the appearance of Gal Pissetzky as retained counsel for defendant.   The Government orally moves for removal in custody while the case is decided on the grounds that if released he poses a serious risk of flight and danger to the community. The matter is set for detention hearing before the magistrate judge on 6/22/16 at 2:00 p.m. in Courtroom #1843.  The matter is further set for an identity hearing before the magistrate judge on 6/27/16 at 11:00 a.m. in Courtroom #1843.  The Court has further been advised of defendant's heart condition.  In light of this report, the Court requests that the U.S. Marshals office notify the designated correctional facility about defendant's heard condition, so he is promptly evaluated and treated as necessary.  Defendant shall remain in federal custody pending the detention hearing or until further order of the Court. The government's unopposed oral motion to exclude time from today's hearing until the date of the identity hearing is granted.   Without objection, time is hereby excluded from the date of the initial appearance and removal hearings to and including the identity hearing with the magistrate judge pursuant to 18 USC § 3161(h)(7)(A)(B). (X-T)

(T:   00:20)

Date:    June 16, 2016

/s/ _Sidney I. Schenkier_

SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE